An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LYTLE,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS, AN AGENCY OF
THE STATE OF NEVADA,
Respondent.

No. 64305

**FILED**

JUN 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' June 2, 2014, stipulation to dismiss this appeal, with the parties to bear their own costs and fees, is approved. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. James E. Wilson, District Judge
Robert L. Eisenberg, Settlement Judge
Dyer, Lawrence, Penrose, Flaherty, Donaldson & Prunty
Attorney General/Reno
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-19742